UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESUS MOJICA,

    Plaintiff,

vs.                                        Case No.

STATE OF FLORIDA,
DEPARTMENT OF REVENUE,

    Defendant.
_____/

## PETITION FOR REMOVAL

    Defendant, STATE OF FLORIDA, DEPARTMENT OF REVENUE, by and through the undersigned attorney, represents that:

    1.    This action is brought pursuant to Chapter 760, Florida Statutes 42 U.S.C. §2000e et seq., and 42 U.S.C. §1981a.  This Defendant is a party in an action now pending in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, in which JESUS MOJICA, is the Plaintiff, and the causes of action stated in this Complaint is discrimination and retaliation pursuant to federal law.

    2.    The complaint states claims of discrimination and retaliation pursuant to 42 U.S.C. §2000e et seq.

    3.    This Court has jurisdiction by reason of the federal claims brought by the Plaintiff.

    4.    Defendant desires to remove such action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division, and states that the matter became removable on November 2, 2015, the date that Defendant was served with a copy of the Complaint.

    5.    With this Petition is filed a copy of the complete court file and the proceedings in

state court constituting all process, pleadings and orders served upon this Defendant.

STATE OF FLORIDA, DEPARTMENT OF REVENUE, prays that such action be removed to the United States District Court for the Northern District of Florida, Tallahassee Division.

DATED this _30th_ day of November, 2015.

                    THOMPSON, CRAWFORD & SMILEY

                    /s/ Thomas R. Thompson
                    _____
                    THOMAS R. THOMPSON
                    Post Office Box 15158
                    Tallahassee, FL 32317
                    (850) 386-5777
                    Fax: (850) 386-8507
                    FLORIDA BAR NO. 890596
                    ATTORNEY FOR DEFENDANT

STATE OF FLORIDA, TALLAHASSEE, TO WIT:

I HEREBY CERTIFY that on this _30th_ day of November, 2015, before me, a notary public in and for the State aforesaid, personally appeared Thomas R. Thompson, Attorney for Defendant, who has read the foregoing Petition for Removal and acknowledged the contents thereof to be true to the best of his knowledge, information, and belief.

                    /s/ Lauren Caudle

(SEAL)              _____
                    Notary Public, State of Florida

                    Lauren Caudle

Personally Known _____X_____    _____
Identification Produced _____    Print Name of Notary Public

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing has been sent by electronic filing to Marie Mattox, Esq., at <u>marie@mattoxlaw.com;</u> this _30th_ day of November, 2015.

/s/ Thomas R. Thompson
_____
Thomas R. Thompson, Esq.